UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM DUNN | ) | |
| | ) | |
| v. | ) | No. 2:13-0107 |
| | ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) | |

ORDER

Pending before the Court are the Petitioner's Motions For Production Of Documents (Docket Nos. 17, 18), and the Government's response (Docket No. 22) in opposition.

Through the Motion filed at Docket No. 17, the Petitioner seeks a copy of the documents filed in this case at Docket Nos. 3, 4, 6, 7, 8, 9, 11, 12, 14, and documents filed subsequently to Docket No. 14. The Motion is GRANTED. Accordingly, the Clerk of Court is directed to provide the Petitioner with a copy of the requested documents.

Through the Motion filed at Docket No. 18, the Petitioner seeks a copy of Docket Nos. 370 and 372 filed under seal in Petitioner's criminal case. Petitioner indicates that he does not have access to the sealed filings.

Rule 6(a) of the Rules Governing § 2255 Cases in the United States District Courts provides that a district judge may permit a party to conduct discovery "for good cause." The Supreme Court has stated that "good cause" is shown, for purposes of Rule 6(a), "where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief." Bracy v. Gramley, 117 S.Ct. 1793 (1997)(quoting Harris v. Nelson, 394 U.S. 286, 89 S.Ct. 1082, 1091, 22 L.Ed.2d 281 (1969)). Subsection (b) of Rule 6 provides that the party requesting discovery must provide

reasons for the request and must specify any requested documents.

The Motion is GRANTED, as the Petitioner has shown good cause for the production of the two sealed documents he requests. Accordingly, the Clerk of Court is directed to provide the Petitioner with a copy of the requested documents.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE